NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACTIVEVIDEO NETWORKS, INC.,**
*Plaintiff-Cross Appellant,*

v.

**VERIZON COMMUNICATIONS, INC., VERIZON SERVICES CORP., VERIZON VIRGINIA INC., AND VERIZON SOUTH INC.,**
*Defendants-Appellants.*

---

2011-1538, -1567

---

Appeals from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0248, Judge Raymond A. Jackson.

---

## ON MOTION

---

Before LINN, *Circuit Judge.*

## ORDER

Verizon Communications, Inc., et al. submit a motion for a stay, pending appeal, of the portion of the United States District Court for the Eastern District of Virginia's judgment imposing sunset royalties. Verizon also re-

quests an immediate stay of the judgment as to the sunset royalties pending disposition of its motion for a stay and for expedited briefing of the stay motion. Verizon also moves for expedited briefing on the merits of the appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) ActiveVideo Networks, Inc. is directed to respond to the motion for stay no later than December 22, 2011. Verizon's reply is due no later than December 28, 2011.

(2) The portion of the judgment requiring monthly payments of sunset royalties to ActiveVideo is temporarily stayed pending the court's receipt of the response and the court's consideration of the papers submitted. The motion for expedited briefing on the motion for a stay and the motion for an immediate stay are moot.

(3) Verizon shall post a bond with the district court for each ordered payment of sunset royalties that becomes due as long as the motion for a stay remains pending and unless otherwise ordered by this court.

(4) The motion for expedited briefing on the merits is granted. Verizon's opening brief is due December 29, 2011. ActiveVideo's opening brief is due January 26, 2012. Verizon's response/reply brief is due February 9, 2012. ActiveVideo's reply brief is due February 23, 2012. Expedited service should be used for the briefs.

FOR THE COURT

DEC 1 4 2011

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Michael J. Lyons, Esq.
    Michael K. Kellogg, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

DEC 1 4 2011

**JAN HORBALY**
**CLERK**